IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re: |
   Theodore R. Chase, Jr. | Case No. 09-35090
   Shirley M. Chase | Chapter 13
|
      Debtors. |

## MOTION TO RECONSIDER ORDER DISMISSING CASE

    Debtors, by their undersigned counsel, respectfully move the Court to reconsider its Order dismissing their bankruptcy case and in support thereof, state:

    1. A March 8, 2010 Order required Debtors to file an amended plan no later than March 18, 2010.

    2. The required plan was not filed as a result of a calendaring error in the office of Debtors' attorneys.

    3. The required plan has now been filed. Debtors will suffer serious harm if their case is not reinstated.

    **WHEREFORE**, Debtors' case should be reinstated.

                                      Respectfully submitted,

Dated: March 26, 2010          /s/ Adam M Freiman
                                          Adam M. Freiman, #23047
                                          1777 Reisterstown Road, Suite 360
                                          Baltimore, MD 21208
                                          (410) 415-0445
                                          Counsel for the Debtor